UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES-INITIAL APPEARANCE

Magistrate Case No. 24-5175-MAS          At  Lexington          Date  May 2, 2024

USA v. Serafin Bayona          X    present    X    custody    _____    bond    _____    OR    Age _____

DOCKET ENTRY:  The parties appeared for initial appearance as noted.  The Court orders a Spanish interpreter for today and all future proceedings. United States Probation Officer Brian Rains was also present. Defendant knowingly, voluntarily, and intelligently waived his right to a preliminary hearing.  The Court FINDS probable cause to believe that a crime has been committed and that the defendant committed the offenses alleged in the Criminal Complaint. This matter is bound over to the grand jury for further consideration. The United States orally moved for pretrial detention pursuant to 18 U.S.C. § 3142(f)(1)(A) and (E). The Bureau of Immigration and Customs Enforcement has lodged an administrative detainer against the Defendant. The defendant knowingly, voluntarily, and intelligently waived his right to a detention hearing. Thus, the Court will GRANT the motion of the United States for pretrial detention and will enter a separate written opinion.

Pursuant to the Due Process Protections Act, the court reminds the government of its obligations under Brady v. Maryland, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with Brady and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances. Consistent with the Due Process Protections Act, the Court orally confirmed this disclosure obligation on the record and issues this written order stating the same.

PRESENT:  HON. MATTHEW A. STINNETT, U.S. MAGISTRATE JUDGE

| Samantha Howard | Audio File | Roberto Hernandez | Erin Roth |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant    John C. Helmuth    X    present    _____ retained    X    appointed

I, Samantha Howard, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file
KYED-LEX__5-24-5175-MAS_20240502_142934

PROCEEDINGS:  **INITIAL APPEARANCE**

| | |
|---|---|
| X | Copy of Complaint given to the defendant. |
| X | Defendant states true name is as stated on Complaint. |
| | Defendant advised the Court that he/she will retain counsel. |
| X | Defendant request that the Court appoint counsel. |
| X | Financial Affidavit executed & filed. |
| X | Court FINDS defendant qualifies for Court Appointed Counsel under provision of CJA. |
| X | Ordered John C. Helmuth is appointed Attorney under the CJA. |
| X | Defendant advised of Constitutional Rights. |
| X | Defendant advised of the nature of charges and possible penalties. |
| X | The Court covered standard collateral consequences and notification rights tied to non-citizen status. |
| X | United States advised no victims requested to be heard as part of proceeding. |
| | Motion of U.S. for pretrial detention assigned for **Detention Hearing** on _____ before Magistrate Judge Matthew A. Stinnett. |
| | Assigned for **Preliminary Hearing** on _____ in Lexington before Magistrate Judge Matthew A. Stinnett. |
| | Defendant released on conditions as set forth in the Order Setting Conditions of Release. |
| X | Defendant remanded to custody of the USM. |
| | USPO to circulate Pretrial Services Report (PSR) to counsel. Counsel may retain PSR while detention issues pend but may not copy of disseminate the report to any person (except defense counsel can share content with Defendant). |

Copies:  COR, USP, USM, D          Initials of Deputy Clerk: slh          TIC: /13

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY