AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:24-mj-05175-MAS |
| SERAFIN BAYONA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Serafin Bayona                                                            .

Date:    08/30/2024

s/ WILLIAM M. BUTLER, JR.
*Attorney's signature*

William M. Butler, Jr. 81667
*Printed name and bar number*

500 W. Jefferson Street
Suite 1520
Louisville, Ky. 40202

*Address*

wmb@kycriminallawyer.com
*E-mail address*

(502) 582-2020
*Telephone number*

(502) 583-8007
*FAX number*