UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:24-MJ-5175-MAS

UNITED STATES OF AMERICA                                                                      PLAINTIFF

V.                                                    **ORDER**

SERAFIN BAYONA                                                                                DEFENDANT

\* \* \* \* \*

The Court has read and considered the Third Motion to Continue Time Period Regarding Filing of Information or Indictment Under Speedy Trial Act and Request for Ends of Justice Finding filed by the parties in this matter on September 6, 2024. The Court hereby finds that the Motion, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the filing date of an information or indictment in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and Defendant in the filing of an information or indictment within the period specified in Section 3161(b); (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in the miscarriage of justice; and (iii) failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence.

       THEREFORE, FOR GOOD CAUSE SHOWN:

       1.      The deadline for the filing of an information or indictment in this matter is continued to January 16, 2025.

       2.      A delay resulted from the need to effectively communicate with the defendant through the use of a translator and the need to translate and discuss discovery with the defendant.

       3.      The time period of July 28, 2024 to "Lcpwct{"38."4247 inclusive, is excluded in computing the time within which an information or indictment must be filed, pursuant to 18 U.S.C. §§ 3161(h)(1)(E), (h)(7)(A), (h)(7)(B)(iii), and (h)(7)(B)(iv).

       4.      Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which an information or indictment must be filed. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods.

       Entered this 6th day of September, 2024.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY